# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EUGENE KESSLER, individually and derivatively on behalf of SALEM VEGAS, L.P., | |
| Plaintiff, | Case No. 2:12-cv-01892-GMN-CWH |
| vs. | **ORDER** |
| ANTHONY GUANCI, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Quash Subpoena (#29), filed February 27, 2013. The time for filing oppositions or otherwise responding to the motion has passed. No responses have been filed. "The failure of an opposing party to file points and authorities in response to any motion shall constitute consent to the granting of the motion." *See* Local Rule 7-2(d). Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Quash Subpoena (#29) is **granted**.

DATED: March 20, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**