# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EUGENE KESSLER, individually and derivatively on behalf of SALEM VEGAS, L.P., )
)
)
Plaintiff, )   Case No.  2:12-cv-01892-GMN-CWH
)
vs. )   **ORDER**
)
ANTHONY GUANCI, )
)
Defendant. )
)

This matter is before the Court on Plaintiff Salem Vegas, LP's Counsel's Motion to Withdraw as Counsel of Record (#77), filed November 8, 2013.  The Court has reviewed the motion and accompanying affidavit and finds that the requirements for withdrawal under Local Rule IA 10-6(b) have been met.  Consequently, the motion to withdraw will be granted.  Attorneys Steve Bimston, Mark Roher, and Eduardo Rasco, each of whom has been admitted to practice *pro hac vice*, shall have seven (7) days from the date of this order to associate with new resident counsel.  *See* Local Rule IA 10-2(d), ("Unless otherwise ordered by the Court, any attorney who is granted permission to practice pursuant to this Rule shall associate a resident member of the Bar of this Court as co-counsel.").  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Salem Vegas, LP's Counsel's Motion to Withdraw as Counsel of Record (#77) is **granted**.

**IT IS FURTHER ORDERED** that Attorneys Steve Bimston, Mark Roher, and Eduardo Rasco shall associate with new resident counsel within seven (7) days of this order.

DATED: November 14, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**