# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EUGENE KESSLER, individually and derivatively on behalf of SALEM VEGAS, L.P.,

Plaintiff,

vs.

ANTHONY GUANCI,

Defendant.

Case No. 2:12-cv-01892-GMN-CWH

**ORDER**

This matter is before the Court on Plaintiff Salem Vegas, LP's Counsel's Motion to Withdraw as Counsel of Record (#77), filed November 8, 2013. The Court has reviewed the motion and accompanying affidavit and finds that the requirements for withdrawal under Local Rule IA 10-6(b) have been met. Consequently, the motion to withdraw will be granted. Attorneys Steve Bimston, Mark Roher, and Eduardo Rasco, each of whom has been admitted to practice *pro hac vice*, shall have seven (7) days from the date of this order to associate with new resident counsel. *See* Local Rule IA 10-2(d), ("Unless otherwise ordered by the Court, any attorney who is granted permission to practice pursuant to this Rule shall associate a resident member of the Bar of this Court as co-counsel."). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Salem Vegas, LP's Counsel's Motion to Withdraw as Counsel of Record (#77) is **granted**.

**IT IS FURTHER ORDERED** that Attorneys Steve Bimston, Mark Roher, and Eduardo Rasco shall associate with new resident counsel within seven (7) days of this order.

DATED: November 14, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**