**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SALEM VEGAS, L.P., )
)
        Plaintiff, )    Case No.  2:12-cv-01892-GMN-CWH
)
vs. )    **ORDER**
)
ANTHONY GUANCI, )
)
        Defendant. )
)

    This matter is before the Court on Plaintiff's Counsel's Motion to Extend Time to Associate with New Resident Counsel (#81), filed November 21, 2013.  The undersigned has reviewed the motion and finds there is good cause for an extension.  The extension, however, will be through and including Tuesday, November 26, 2013.  Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Counsel's Motion to Extend Time to Associate with New Resident Counsel (#81)is **granted in part and denied in part**.  Attorneys Steve Bimston, Mark Roher, and Eduardo Rasco shall associate with new resident counsel by Tuesday, November 26, 2013.

    DATED: November 22, 2013.

                                                   **C.W. Hoffman, Jr.**
                                                 **United States Magistrate Judge**