# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SALEM VEGAS, L.P., )
        Plaintiff, )  Case No.  2:12-cv-01892-GMN-CWH
)
vs. )  **ORDER**
)
ANTHONY GUANCI, )
        Defendant. )

      This matter is before the Court on Defendant Anthony Guanci's Motions to Substitute Counsel (#91) and (#92), filed January 23, 2014.  The undersigned has reviewed the motions and finds they are compliant with the requirements set forth in LR IA 10-6(c).  However, substituting counsel, though licensed to practice before this Court, has listed his address as 6420 Wilshire Boulevard, 17th Floor, Los Angeles, California 90048.  Pursuant to LR 10-1(b), an attorney admitted to practice in Nevada but not maintaining a Nevada office "shall either associate a licensed Nevada attorney maintaining an office in Nevada or designate a licensed Nevada attorney maintaining an office in Nevada, upon whom all papers, process, or pleadings required to be served upon the attorney may be so served . . . ."  Accordingly,

      **IT IS HEREBY ORDERED** that Defendant Anthony Guanci's Motions to Substitute Counsel (#91) and (#92) is **granted**.

      **IT IS FURTHER ORDERED** that attorney Scott E. Gizer shall file a notice with the Court by **Friday, January 31, 2014** showing that he is fully compliant with the requirements of LR IA 10-1(b).

      DATED: January 24, 2014.

                                              _____
                                              C.W. Hoffman, Jr.
                                              United States Magistrate Judge